*CAT H*    *IFP*    15AB    **FILED**

JUL - 9 2018

AO 240 (Rev 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## UNITED STATES DISTRICT COURT
### for the
Western District of Pennsylvania

TRYPHENA E. SANTIAGO

    *Plaintiff*

    v.

    *Defendant*

JUDGE Shad Connelly, JUDGE Elizabeth Kelly
TINA TRAHOUSKI, ATTORNEY THOMAS BRASCO

)
)
)
)
)
)
)

Civil Action No. 1:18-CV-194

### APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

    I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

    In support of this application, I answer the following questions under penalty of perjury:

    1. *If incarcerated.* I am being held at: _____
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

    2. *If not incarcerated.* If I am employed, my employer's name and address are:

      Not Employed

My take-home pay or wages are: $ 0 ........... per *(specify pay period)*

    3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☒ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability, or worker's compensation payments | ☒ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☐ No |
| (f) Any other sources | ☐ Yes | ☐ No |

    *If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Professional Truck Driver, $9,000 last yr.

Disability, 8,280, last yr

As a driver I could earn up to $150.000, However

I can't even work

AO 240 (Rev 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:    $  0.00  .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

None

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Rent    $ 350.00
Phone   $ 43.80
Hysene  $ 40.00

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

None

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

$ 15,000   Truck driving School
$ 3,000    Bank

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:

7/9/18

*Applicant's signature*    Tryphena Santiago

*Printed name*

Tryphena Santiago

EXPLANATION OF CASE ASSIGNMENT SYSTEM IN
THE PITTSBURGH AND ERIE DIVISIONS OF
THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Beginning July 1, 2007, the court will institute a new system for assignment of civil cases among the district judges and magistrate judges. Under the new system, the Clerk shall assign each non-prisoner civil action to a district judge or a magistrate judge by automated random selection such that a magistrate judge will be assigned a case, in the first instance, approximately one-third of the time. All prisoner civil cases and non-death penalty habeas cases shall be assigned to a magistrate judge. Death penalty habeas cases, cases requesting preliminary injunctive relief, bankruptcy appeals and motions filed under 28 U.S.C. § 2255 shall be assigned to district judges only.

In the event the action is assigned to a magistrate judge, each party shall execute and file within 20 days of its appearance a form, either consenting to the jurisdiction of the magistrate judge or electing to have the case randomly assigned to a district judge. If a party elects to have the case assigned to a district judge, the magistrate judge shall continue to manage the case by deciding non-dispositive motions and submitting reports and recommendations on dispositive motions, unless otherwise directed by the district judge.

The court strongly encourages participation and cooperation in the expanded use of the magistrate judges as judicial officers with full authority to manage and ultimately dispose of civil actions.